IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID OLSEN

Plaintiff,

v.

COMMISSIONER SOCIAL SECURITY ADMINISTRATION,

Defendant.

Case No. 3:15-cv-00703-MA

JUDGMENT

MARSH, Judge

Based on the record, and the Opinion and Order filed herewith, the final decision of the Commissioner is Affirmed.

This action is DISMISSED.

IT IS SO ORDERED.

DATED this 12 day of SEPTEMBER, 2016.

Malcolm F. Marsh
Malcolm F. Marsh
United States District Judge